693 A.2d 583

**David JOHNSON, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, et al., Appellees.**

**No. 162 Middle District Appeal Docket 1996.**

Supreme Court of Pennsylvania.

May 29, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of May, 1997, the direct appeal is dismissed.